IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CHARLES A. PALMER,** : | |
| **Plaintiff,** : | |
| : | **Civil Action No.** |
| v. : | **5:09-CV-326 (CAR)** |
| : | |
| **GDOC Commissioner BRIAN OWENS** : | |
| **and "OTHERS UNKNOWN AT THIS** : | |
| **TIME,"** : | |
| **Defendants.** : | |
| _____ : | |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 9] that the Georgia Department of Corrections Commissioner, Brian Owens, be dismissed from this action. Although Plaintiff wrote a letter agreeing with the Recommendation, no Objection has been filed [Doc. 10]. Having considered the Report and Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 16th day of December, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

APG/ssh