IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHARLES A. PALMER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO.  5:09-CV-326 (CAR) |
| VS. | : | |
| | : | |
| **OFFICER RICE,** *et al.,* | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

### RECOMMENDATION

Defendants have filed a Motion to Dismiss alleging that dismissal is appropriate based upon Plaintiff's failure to prosecute.  Doc. 47.  For the following reasons, it is **RECOMMENDED** that the Motion be **GRANTED**.

On March 29, 2010, the Court issued an order providing instructions to the parties in the above-styled action.  Doc. 18.  In that order, the Court advised Plaintiff that he must diligently prosecute his action or face the possibility that it would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The order also directed the parties to keep the Clerk of Court and all opposing parties advised of their current mailing address at all times, warning that failure to give prompt notice of any address change might result in dismissal of party's pleadings.

Plaintiff has failed to keep the Clerk and Defendants advised of his current address.  The following documents were mailed to Plaintiff by the Court and have been returned as undeliverable:

1. Doc.43 - Report and Recommendation on Defendants' Motion for Summary Judgment.
   (*Postmarked September 6, 2011, Returned on September 16, 2011*)

2. Doc. 48 - Order on Report and Recommendation.
   (*Postmarked September 23, 2011, Returned on October 4, 2011*)

3. Doc. 49- Order to Show Cause.
   (*Postmarked September 30, 2011, Returned on October 14, 2011*)

Diligent prosecution of a case includes keeping the Court advised of a current valid mailing address. Because Plaintiff has failed to do so, **IT IS RECOMMENDED** that Defendants' Motion to Dismiss be **GRANTED** and that the instant action be **DISMISSED** with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof. Though it may prove to be an exercise in futility, the Clerk is directed to serve the plaintiff at the **LAST ADDRESS** provided by him.

**SO RECOMMENDED**, this 25th day of October, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge