IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHARLES A. PALMER, | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:09-cv-326 (CAR) |
| | : | |
| v. | : | |
| | : | |
| OFFICER RICE, et al., | : | |
| | : | |
| Defendants. | : | |

_____

### ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION OF DISMISSAL

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 52] to grant Defendants Motion to Dismiss [Doc. 47] for Plaintiff's failure to prosecute. Plaintiff has not filed an objection to the Recommendation.  As set forth by the Magistrate Judge in his Recommendation, Plaintiff has failed to keep the Clerk and Defendants advised of his current address, despite the Court's orders instructing Plaintiff to do so and warnings that failure to do so may result in the dismissal of his pleadings.  Indeed, the record shows that Plaintiff was released from Augusta State Medical Prison, his last known address, on February 14, 2011, and Plaintiff has thus failed to update the Court or Defendants as to his whereabouts or otherwise provide an address which he can be served with pleadings for the past nine months.  Plaintiff has had ample notice and opportunity to contact this Court and has been warned that

failure to do so would result in dismissal of this action.  Accordingly, the Recommendation [Doc. 52] is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.  Defendants' Motion to Dismiss [Doc. 47] is **GRANTED**, and this case is hereby **DISMISSED with prejudice** for failure to prosecute.

**SO ORDERED**, this 22nd day of November, 2011.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH